**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

DEBTOR: Andres Diaz                JOINT DEBTOR: Ivette Del Sol            CASE NO.:_____
Last Four Digits of SS# 7955         Last Four Digits of SS# 7798

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

        A.        $ 3,019.38 for months 1 to 60 ; in order to pay the following creditors:

Administrative:      Attorney's Fee - $ 3650 + $2500 (MMM) + $2500 (MMM) +$775 (motion to value) + $775 (motion to value) + $775 (motion to value) = 10,975 TOTAL PAID $ 1800
                      Balance Due    $ 9175 payable $ 183.50/month (Months 1 to 60)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Bank of America
Address: 1075 NW 127 Path,
Simi Valley, CA 93062         MMM Payment      $ 1367.10 /month (Months 1 to 60)
Account No: xxxx1496

2. Select Portfolio Servicing, Inc
Address: P.O. Box 65250
Salt Lake City, UT 84165       MMM Payment      $ 975.00 /month (Months 1 to 60)
Account No: xxxx4421

3. Tuscan Lake Villas Homeowners Association
18400 NW 75 Place #114
Miami, FL 33015               Regular Payment   $ 128.00 /month (Months 1 to 60)
Account No: none

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Bank POB 659754 San Antonio, TX 78265 Account No: xxx3432 | 1075 NW 127 Path, Miami, FL 33182 $175,000 | n/a | n/a | N/a | Strip off Mortgage |
| Chase Bank 201 N. Walnut Street Wilmington, DE 19801 Account No Xxxx6292 | 7481 NW 179 Street, Miami, FL 33015 $175,000 | n/a | n/a | n/a | Strip off mortgage |
| Tuscan Lake Villas Homeowners Association 18400 NW 75 Place #114 Miami, FL 33015 | 7481 NW 179 Street Miami, FL 33015 $175,000 | n/a | n/a | n/a | Strip off arrears of association |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. none                Total Due $_____
                         Payable    $_____/month (Months____to____) Regular Payment $_____

Unsecured Creditors: Pay $ 63.85/month (Months 1 to 50) and Pay $ 247.35/month (Months 51 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Debtor is current with secured creditor Tropical Financial Credit Union and will continue to pay said creditor directly outside the chapter 13 plan.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/Robert Sanchez. Esq.                         /s/Robert Sanchez, Esq.
Attorney for the Debtor                          Attorney for the Joint Debtor
Date: 2-11-2015                                  Date: 2-11-2015
LF-31 (rev. 01/08/10)