

February 18, 2015

Clerk, United States Bankruptcy Court
Southern District of Florida
Miami Division

**REQUEST FOR SERVICE OF NOTICES**

RE: Debtor(s)         :   Andres Diaz and Ivette Del Sol
    Case Number      :   15-12581-LMI
    Chapter          :   13
    Secured Creditor :   Bank of America
    Loan Number      :   1496

Dear Sir / Madam:

    Would you please add the following interested party to the mailing / service list in the above referenced case:

>   Bank of America
>   c/o Aldridge Connors LLP
>   Bankruptcy Department
>   Fifteen Piedmont Center
>   3575 Piedmont Road, N.E., Suite 500
>   Atlanta, GA 30305

    Please provide this office with a copy of each notice of any proceeding, hearing and/or report in this matter including, but not limited to notices required by Bankruptcy Rules 2002(g) and the Local Rules of the Bankruptcy Court.

   Thank you for your assistance in this matter.  If you have any questions, please do not hesitate to call me.

                 Very Truly Yours,

                 /s/ Alice Blanco
                 Alice Blanco, Esq.
                 Agent for Bank of America

cc: Debtor's Counsel
    Trustee
    United States Trustee

>   Fifteen Piedmont Center
>   3575 Piedmont Road, N.E.
>   Suite 500
>   Atlanta, GA 30305
>   P:  404~994~7400
>   F:  888~246~7307