## CHAPTER 13 PLAN (Individual Adjustment of Debts)
### 1st Amended Plan

DEBTOR: Andres Diaz          JOINT DEBTOR: Ivette Del Sol          CASE NO.:_____

Last Four Digits of SS# 7955          Last Four Digits of SS# 7798

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of 60 months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.          $ 3,058.64 for months 1 to 60 ; in order to pay the following creditors:

Administrative:          Attorney's Fee - $ 3650 + $2500 (MMM) + $2500 (MMM) + $500 (motion to value) + $500 (motion to value) + $500 (motion to value) = 10,150 TOTAL PAID $ 1800
          Balance Due          $ 8350 payable $ 208.75/month (Months 1 to 40)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  Bank of America
Address: 1075 NW 127 Path,
Simi Valley, CA 93062                    MMM Payment          $ 1416.18     /month (Months 1 to 60)
Account No: xxxx1496

2. Select Portfolio Servicing, Inc
Address: P.O. Box 65250
Salt Lake City, UT 84165                 MMM Payment          $ 975.00     /month (Months 1 to 60)
Account N: xxxx4421

3.  Tuscan Lake Villas Homeowners Association
18400 NW 75 Place #114                   Regular          $ 128.00     /month (Months 1 to 60)
Miami, FL 33015                           Payment

Account No: none

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Chase Bank POB 659754 San Antonio, TX 78265 Account No: xxx3432 | 1075 NW 127 Path, Miami, FL 33182 $175,000 | n/a | n/a | N /a | Strip off Mortgage |
| Chase Bank 201 N. Walnut Street Wilmington, DE 19801 Account No Xxxx6292 | 7481 NW 179 Street, Miami, FL 33015 $175,000 | n/a | n/a | n/a | Strip off mortgage |
| Tuscan Lake Villas Homeowners Association 18400 NW 75 Place #114 Miami, FL 33015 | 7481 NW 179 Street Miami, FL 33015 $175,000 | n/a | n/a | n/a | Strip off arrears of association |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. none                    Total Due $_____
                           Payable     $_____/month (Months____to ____) Regular Payment $_____

Unsecured Creditors: Pay $24.85/month (Months 1 to 40) and Pay $ 233.60 /month (Months 41 to 60)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
Other Provisions Not Included Above: Debtor is current with secured creditor Tropical Financial Credit Union and will continue to pay said creditor directly outside the chapter 13 plan.
I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

Debtor _____          Joint Debtor _____
Date: 2/24/15                           Date:_____

LF 31 (rev. 01/08/10)