UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                              CASE NO.: 15-BK-12581-LMI

ANDRES DIAZ *and*                                   CHAPTER: 13
IVETTE DEL SOL

     Debtors.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

COMES NOW, **ALBERTELLI LAW,** attorneys for **JP MORGAN CHASE BANK, N.A.**, and hereby enters its *Notice of Appearance* in the above-styled action. In accordance with Rule 2002 of the Bankruptcy Rules the undersigned requests notice for the following notice in this case.

Property Address: 1075 NW 127th Path, Miami, FL 33182

Last Four Digits of Loan Number: 3432

The undersigned respectfully requests the following to be added to the Court's Mailing Matrix in according to Rule 2002(g):

- ☐ Christopher A. Ewbank, Esq.
- ☑ Jeffrey S. Fraser, Esq.
- ☐ Annessa S. Kalloo, Esq.
- ☐ Scott C. Lewis, Esq.
- ☐ Rubina K. Shaldjian, Esq.

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2499
Facsimile: (813) 221-9171
bkfl@albertellilaw.com

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 26th day of February, 2015, I served a copy of the foregoing upon:

<u>**SERVICE LIST**</u>

Andres Diaz
1075 NW 127th Path
Miami, FL 33182-1831

Ivette Del Sol
1075 NW 127th Path
Miami, FL 33182-1831

Robert Sanchez, Esq.
355 W. 49th St.
Hialeah, FL 33012

Nancy K. Neidich
P.O. Box 279806
Miramar, FL 33027

Office of the US Trustee
51 SW 1st Ave., Suite 1204
Miami, FL 33130

/s/ Jeffrey S. Fraser, Esq.
☑    Jeffrey S. Fraser, Esq.
FBN 85894
813-221-4743 ext. 2499

**Albertelli Law**
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Facsimile:   (813) 221-9171
bkfl@albertellilaw.com