UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                    Case No. 15-12581-LMI
                                                          Chapter 13
ANDRES DIAZ,
IVETTE DEL SOL,

            Debtors.
_____/

### BANK OF AMERICA'S
### OBJECTION TO CONFIRMATION OF
### DEBTORS' CHAPTER 13 PLAN

**COMES NOW,** Bank of America as Servicer for the Bank of New York Mellon FKA the Bank of New York as Trustee for the Certificate-Holders CWALT, Inc. Alternative Loan Trust 2005-45 Mortgage Pass-Through Certificates, Series 2005-45 ("Secured Creditor"), by and through its undersigned counsel, as and for its Objection to Confirmation of Debtors' Chapter 13 Plan, and in support states as follows:

1. Secured Creditor holds a First mortgage position on Debtors' real property located at 1075 NW 127th Path, Miami, FL 33182, by virtue of a Mortgage which is recorded in the Public Records of Miami-Dade County, FL in Book 23584 at Page 2519.

2. The First Amended Chapter 13 Plan [d.e. #19] proposed by Debtors on February 25, 2015, includes payments toward the mortgage account with Secured Creditor (listed in the Plan as Bank of America). Debtors propose to pay $1,416.18 in Adequate Protection payments to Secured Creditor for months 1 to 60.

3. Debtors' proposed Plan requests Mortgage Modification Mediation, but does not contain the requisite language concerning the Court's Mortgage Modification Mediation Program. Additionally, to date, Debtors have not filed a Motion for Referral to Mortgage Modification Mediation nor have Debtors applied directly for loan modification review with Secured Creditor. Debtors cannot modify the subject loan documents solely through Plan treatment.

**WHEREFORE**, Secured Creditor respectfully requests the entry of an order which denies confirmation of the proposed Chapter 13 Plan unless it is amended to overcome Secured Creditor's stated objections, and for such further relief as the Court may deem just and proper.

Respectfully Submitted:

/s/ Brandi R. Lesesne
Brandi R. Lesesne
Bar No.: FL 65477
Aldridge | Connors LLP
Attorney for Secured Creditor
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7629
Fax: (888) 873-6147

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Objection to Confirmation of Chapter 13 Plan was served electronically or via U.S. Mail, first-class postage prepaid, to:

Andres Diaz
1075 NW 127 Path
Miami, FL 33182-1831

Ivette Del Sol
1075 NW 127 Path
Miami, FL 33182-1831

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Nancy K. Neidich
POB 279806
Miramar, FL 33027


Dated: March 11, 2015                    /s/ Brandi R. Lesesne
                                         Brandi R. Lesesne
                                         Bar No.: FL 65477
                                         Aldridge | Connors LLP
                                         Attorney for Secured Creditor
                                         Fifteen Piedmont Center
                                         3575 Piedmont Road, N.E., Suite 500
                                         Atlanta, GA 30305
                                         Phone: (404) 994-7629
                                         Fax: (888) 873-6147