# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

|  |  |
|---|---|
| In re | ) Chapter 13 |
| ANDRES DIAZ and | ) Case No. 1-15-bk-12581 |
| IVETTE DEL SOL, | ) |
| Debtor(s) | ) |

**REQUEST OF RECOVERY MANAGEMENT SYSTEMS CORPORATION
FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that Recovery Management Systems Corporation, as authorized agent for Synchrony Bank (Old Navy Card [Last four digit of account:2200]), a creditor in the above-captioned chapter 13 case, requests, pursuant to Rules 2002 and 9007 of the Federal Rules of Bankruptcy Procedure (the Bankruptcy Rules) and sections 102(1), 342 and 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (as amended, the Bankruptcy Code), that all notices given or required to be given and all papers served or required to be served in this case be also given to and served, whether electronically or otherwise, on:

> Synchrony Bank
> c/o Recovery Management Systems Corporation
> 25 SE 2nd Avenue, Suite 1120
> Miami, FL 33131-1605
> Telephone: (305) 379-7674
> Facsimile: (305) 374-8113
> E-mail: claims@recoverycorp.com

Dated: Miami, Florida
March 18, 2015

By: /s/ Ramesh Singh

Ramesh Singh
c/o Recovery Management Systems Corporation
Financial Controller
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605
(305) 379-7674

Assignee Creditor: Old Navy Card [Last four digit of account:2200]