UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Andres Diaz & Ivette Del Sol　　　　　　Case No: 15-12581-LMI
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13

　　　　　　　Debtors　　　　/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing [ECF #27 & 28] were sent to all interested parties on March 20, 2015 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtors, Andres Diaz & Ivette Del Sol
1075 NW 127 Path
Miami, FL 33182-1831

Via Certified Mail:

TUSCAN LAKE VILLAS HOMEOWNERS ASSOCIATION, INC.
Orta Eric, Chairman & VP
18400 NW 75TH. PLACE SUITE 114
HIALEAH, FL 33015

TUSCAN LAKE VILLAS HOMEOWNERS ASSOCIATION, INC.
c/o GONZALEZ, LEOBEL, President
18400 NW 75TH. PLACE SUITE 114
HIALEAH, FL 33015

TUSCAN LAKE VILLAS HOMEOWNERS ASSOCIATION, INC.
c/o WASSERSTEIN, P.A., Registered Agent
6501 CONGRESS AVENUE - STE. 100
BOCA RATON, FL 33487

　　　　　　　　　　　　　　　　　　Respectfully Submitted:

　　　　　　　　　　　　　　　　　　**ROBERT SANCHEZ, P.A.**

Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
 Robert Sanchez, Esq., FBN#0442161