UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Andres Diaz & Ivette Del Sol          Case No: 15-12581-LMI
                                             Chapter 13

_____Debtors_____/

## MOTION TO WAIVE REQUIREMENT OF WAGE DEDUCTION ORDER

COME NOW, Andres Diaz and Ivette Del Sol, Debtors, by and through their undersigned counsel, and respectfully moves that this Honorable Court enter an order waiving the requirement of a Wage Deduction Order and as grounds, therefore, states as follows:

1. The Debtor is a self-employed realtor and the Joint-Debtor does not make sufficient income to fund the plan by her paycheck alone.

2. A large portion of the plan will be funded with rental income.

2. Debtors are requesting a waiver of the requirement to have a Wage Deduction Order in place.

WHEREFORE, Debtors respectfully request that this Honorable Court enter an Order Waiving the Requirement of a Wage Deduction Order

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualification to practice in this court set forth in Local Rule 2090-1(A).

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**

Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
Robert Sanchez, Esq., FBN#0442161