UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Andres Diaz & Ivette Del Sol                    Case No: 15-12581-LMI
Debtors_____/

## NOTICE OF WITHDRAWAL OF MOTION TO VALUE AND DETERMINE SECURED STATUS OF LIEN OF CHASE BANK, N.A. ON REAL PROPERTY [ECF #33]

**COMES NOW,** undersigned counsel and files this Notice of Withdrawal of

Motion to Value and Determine Secured Status of Lien Of Chase Bank, N.A. on Real Property

[ECF #33]. Said Document is being withdrawn because the actual motion was not attached. The

actual Motion will be filed subsequently.

**I HEREBY CERTIFY,** that a copy of this Notice of Withdrawal of Motion to Value and Determine Secured Status of Lien Of Chase Bank, N.A. on Real Property [ECF #33] was sent via CM/ECF to: Nancy N. Neidich, Trustee and via U.S. Regular Mail to: Debtor and Creditor, Chase Bank, N.A.
.

**ROBERT SANCHEZ, P.A.**
355 West 49th Street
Hialeah, FL  33012
Tel. 305-687-8008

By:/s/ Robert Sanchez_____
     Robert Sanchez, Esq., FBN#0442161