Robert Sanchez (954) 554-4548

# ENGAGEMENT LETTER

Date 1/16/2015
Client Andres Diaz & W Ivette Del Sol
Address 1075 NW 127 Path, Miami,Fl 33182

RE: Appraisal of 1075 NW 127 Path, Miami,Fl 33182

Dear Ivette Del Sol & H Andres Diaz ,

Pursuant to your request, we are happy to submit a proposal for the appraisal of the property located at
1075 NW 127th Path, Miami, FL 33182-1831 .

The appraisal shall be prepared for Andres Diaz & W Ivette Del Sol
and is for the sole and exclusive use of Andres Diaz & W Ivette Del Sol .
We request that you seek our written authorization before releasing the report to any other party.

The assignment will be to formulate an opinion of market value for the property.  The legal property appraised would be the
Fee Simple interest. The property will be valued as of January 16, 2015 .

The appraisal will  be prepared in accordance with the Uniform Standards of Professional Appraisal Practice.  Attached to this
letter you will find a copy of our Statement of Limiting Conditions and Appraiser`s Certification which are attached to all
appraisals prepared by this office.  Please review and initial each attached page and return the executed copy to us indicating
your acceptance and approval of our Limiting Conditions and Appraiser`s Certification.

The estimated completion date of the appraisal is January 23, 2015 .
We can only complete the appraisal by this date if we receive from you in a timely manner any relevant information needed for
the preparation of the report. In order to complete this appraisal, the following information will be needed:

We will furnish you with 1 copies of the appraisal report.  Our fee for this appraisal will be $ 250.00 .
This fee ☐ does ☒ does not  include the cost of certain expenses that may be incurred in the preparation of the report.
If expenses are not included, a bill for these expenses will be provided to you upon completion of the report.

☒ A retainer in the amount of $ 250.00 must be paid to this office before we
  can commence the preparation of this report.
☐ A bill for the $ appraisal fee will be presented and immediate payment
  will be requested at the time the report is completed.
☐ A bill for the appraisal fee of $ along with any other expenses incurred
  will be presented to you along with the completed report.

We will proceed with the preparation of this appraisal upon receipt of a signed copy of this letter and an initialed copy of the
Statement of Limiting Conditions and Appraiser`s Certification. If you have any questions about anything contained in this letter
or in any of the attachments, please give us a call.

Sincerely,

Roberto Sanchez - RD7709

Engagement Letter Accepted:

Ivette Del Sol & H Andres Diaz 1/16/2014
 (client signature)   (date)

# SUMMARY OF SALIENT FEATURES

| SUBJECT INFORMATION | | |
|---|---|---|
| | Subject Address | 1075 NW 127th Path |
| | Legal Description | Vista Sub PB 136-16 Lot 10 BLK 4 Lot Size 4200 Sq.ft. OR 14476-126 0390 1 F/A/U 30-3951-008-0550 COC 23584-2517 07 2005 |
| | City | Miami |
| | County | Miami-Dade |
| | State | FL |
| | Zip Code | 33182-1831 |
| | Census Tract | 0143.00 |
| | Map Reference | 33124 |

| SALES PRICE | | |
|---|---|---|
| | Sale Price | $ |
| | Date of Sale | |

| CLIENT | | |
|---|---|---|
| | Borrower | |
| | Lender / Client | |

| DESCRIPTION OF IMPROVEMENTS | | |
|---|---|---|
| | Size (Square Feet) | |
| | Price per Square Foot | $ |
| | Location | Interior |
| | Age | 25 Years |
| | Condition | Average |
| | Total Rooms | 6 |
| | Bedrooms | 3 |
| | Baths | 2 |

| APPRAISERS | | |
|---|---|---|
| | Appraiser | Roberto Sanchez |
| | Supervisory or Co-Appraiser | |
| | Effective Date of Appraisal | January 16, 2015 |

| VALUE | | |
|---|---|---|
| | Opinion of Value | $ 175,000 |



## APPRAISAL OF REAL PROPERTY

### LOCATED AT:

1075 NW 127th Path

Vista Sub PB 136-16 Lot 10 BLK 4 Lot Size 4200 Sq.ft. OR 14476-126 0390 1 F/A/U 30-3951-008-0550 COC 23584-2517 07

Miami, FL 33182-1831

### FOR:

Ivette Del Sol & H Andres Diaz
1075 NW 127 Path
Miami, FL 33182

### AS OF:

January 16, 2015

### BY:

Roberto Sanchez
TKJ Associates / Appraisal Services
9932 SW 16 Street
Pembroke Pines, FL 33025
954 534 4548
robert@tkjappraisals.com / www.tkjappraisals.com

**FROM:**

Roberto Sanchez

TKJ Associates / Appraisal Services

9932 SW 16 Street

Pembroke Pines, FL 33025

Telephone Number: (954) 534-4548        Fax Number:

# INVOICE

| INVOICE NUMBER |
|---|
| RS1501002 |
| DATE |
| 1/16/2015 |

**TO:**

Andres Diaz & W Ivette Del Sol

1075 NW 127 Path

Miami, Fl 33182

Telephone Number:                 Fax Number:

Alternate Number:                 E-Mail:

| REFERENCE | |
|---|---|
| Internal Order #: | RS1501002 |
| Lender Case #: | |
| Client File #: | |
| Main File # on form: | RS1501002 |
| Other File # on form: | |
| Federal Tax ID: | |
| Employer ID: | |

## DESCRIPTION

| | |
|---|---|
| **Lender:** | **Client:** Andres Diaz & W Ivette Del Sol |
| **Purchaser/Borrower:** | |
| **Property Address:** 1075 NW 127th Path | |
| **City:** Miami | |
| **County:** Miami-Dade | **State:** FL        **Zip:** 33182-1831 |
| **Legal Description:** Vista Sub PB 136-16 Lot 10 BLK 4 Lot Size 4200 Sq.ft. OR 14476-126 0390 1 F/A/U 30-3951-008-0550 COC 23584-2517 07 2005 1 | |

| FEES | AMOUNT |
|---|---|
| Full Appraisal | 250.00 |
| | |
| **SUBTOTAL** | 250.00 |

| PAYMENTS | | AMOUNT |
|---|---|---|
| Check #:        Date: 1/16/2015        Description: Full Appraisal | | 250.00 |
| Check #:        Date:        Description: | | |
| Check #:        Date:        Description: | | |
| **SUBTOTAL** | | 250 |
| **TOTAL DUE** | $ | 0.00 |

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: **RS1501002**

## SUBJECT

| | | |
|---|---|---|
| Property Address: **1075 NW 127th Path** | City: **Miami** | State: **FL**  Zip Code: **33182-1831** |

County: **Miami-Dade**  Legal Description: Vista Sub PB 136-16 Lot 10 BLK 4 Lot Size 4200 Sq.ft. OR 14476-126 0390 1 F/A/U 30-3951-008-0550 COC
23584-2517 07 2005 1

Tax Year: **2014**  R.E. Taxes: $ **2,395.20**  Special Assessments: $ **None Known**  Borrower (if applicable):  Assessor's Parcel #: **30-39-52-008-0550**

Current Owner of Record: **Andres Diaz & W Ivette Del Sol**  Occupant: ☒ Owner ☐ Tenant ☐ Vacant  ☐ Manufactured Housing

Project Type: ☐ PUD ☐ Condominium ☐ Cooperative ☒ Other (describe) **Single Family Residence**  HOA: $ ☐ per year ☐ per month

Market Area Name: **Vista Sub**  Map Reference: **33124**  Census Tract: **0143.00**

## ASSIGNMENT

The purpose of this appraisal is to develop an opinion of: ☒ Market Value (as defined), or ☐ other type of value (describe)

This report reflects the following value (if not current, see comments): ☒ Current ☐ Retrospective ☐ Prospective  Inspection Date is the Effective Date)

Approaches developed for this appraisal: ☒ Sales Comparison Approach ☐ Cost Approach ☐ Income Approach  (See Reconciliation Comments and Scope of Work)

Property Rights Appraised: ☒ Fee Simple ☐ Leasehold ☐ Leased Fee ☐ Other (describe)

Intended Use: The intended use of this report is to develop an opinion of subjects property value for homeowners personal use in a bankruptcy consideration.

Intended user(s) (by name or type): **Andres Diaz & W Ivette Del Sol**

Client: **Andres Diaz & W Ivette Del Sol**  Address: **1075 NW 127 Path, Miami, FL 33182**

Appraiser: **Roberto Sanchez**  Address: **9932 SW 16 Street, Pembroke Pines, FL 33025**

## MARKET AREA DESCRIPTION

| Location: | ☒ Urban | ☐ Suburban | ☐ Rural | Predominant Occupancy | One-Unit Housing | | Present Land Use | Change in Land Use |
|---|---|---|---|---|---|---|---|---|
| Built up: | ☒ Over 75% | ☐ 25-75% | ☐ Under 25% | | PRICE $(000) | AGE (yrs) | One-Unit 95 % | ☒ Not Likely |
| Growth rate: | ☐ Rapid | ☒ Stable | ☐ Slow | ☒ Owner 85 | Low 15 | | 2-4 Unit % | ☐ Likely * ☐ In Process * |
| Property values: | ☐ Increasing | ☒ Stable | ☐ Declining | ☐ Tenant 10 | 190 | | Multi-Unit % | * To: |
| Demand/supply: | ☐ Shortage | ☒ In Balance | ☐ Over Supply | ☒ Vacant (0-5%) | 465 High 28 | | Comm'l 5 % | |
| Marketing time: | ☐ Under 3 Mos. | ☒ 3-6 Mos. | ☐ Over 6 Mos. | ☐ Vacant (>5%) | 200's Pred 20s | | | |

Market Area Boundaries, Description, and Market Conditions (including support for the above characteristics and trends): The Subject is bound to the North by NW 12 Street, to the South by Flagler Street, to the East by NW 127 Avenue and to the West by NW 137 Avenue. This subject is located in North Western Miami-Dade County in a neighborhood mixed with single family residences and multi family homes similar to the subject in age, size and appeal. The subject neighborhood provides a good environment for the home being appraised. There are no factors that will negatively affect the marketability of the subject property. The subject is in an average market place in which residential properties similar to the subject take approximately 3 to 6 months to sell. These figures were obtained from the appraisers observation of the marketing time for listings and sales within the immediate area.

## SITE DESCRIPTION

Dimensions: **N/A**  Site Area: **4,200 Sq.ft.**

Zoning Classification: **0100 Single Family - General**  Description: **0101 Residential - Single Family:1 Unit**

Zoning Compliance: ☒ Legal ☐ Legal nonconforming (grandfathered) ☐ Illegal ☐ No zoning

Are CC&Rs applicable? ☐ Yes ☐ No ☒ Unknown  Have the documents been reviewed? ☐ Yes ☐ No  Ground Rent (if applicable) $ **N/A**/

Highest & Best Use as improved: ☒ Present use, or ☐ Other use (explain) **Single Family Residence**

Actual Use as of Effective Date: **Single Family Residence**  Use as appraised in this report: **Single Family Residence**

Summary of Highest & Best Use: The highest and best use of the subject property is as a Single Family Residence. As of the effective date of this appraisal, the property was found to be at its highest and best use.

| Utilities | Public | Other | Provider/Description | Off-site Improvements | Type | Public | Private | | |
|---|---|---|---|---|---|---|---|---|---|
| Electricity | ☒ | ☐ | | Street | Asphalt | ☒ | ☐ | Topography | Slight Upward Slope |
| Gas | ☐ | ☐ | | Curb/Gutter | Concrete | ☒ | ☐ | Size | 4,200 Sq. Ft. |
| Water | ☒ | ☐ | | Sidewalk | Concrete | ☒ | ☐ | Shape | Rectangular |
| Sanitary Sewer | ☒ | ☐ | | Street Lights | Yes | ☒ | ☐ | Drainage | Adequate |
| Storm Sewer | ☒ | ☐ | | Alley | None | ☐ | ☐ | View | Residential |

Other site elements: ☒ Inside Lot ☐ Corner Lot ☐ Cul de Sac ☐ Underground Utilities ☐ Other (describe) **Interior Unit / Residential View**

FEMA Spec'l Flood Hazard Area ☐ Yes ☒ No  FEMA Flood Zone **X**  FEMA Map # **12086C0269L**  FEMA Map Date **9/11/2009**

Site Comments: The subject is a 1 story single family residence situated on an interior lot. Entry and Egress from street is found to be unproblematic.

## DESCRIPTION OF THE IMPROVEMENTS

| General Description | | Exterior Description | | Foundation | | Basement | ☒ None | Heating | |
|---|---|---|---|---|---|---|---|---|---|
| # of Units | 1 ☐ Acc.Unit | Foundation | Concrete | Slab | Concrete | Area Sq. Ft. | N/A | Type | Electric |
| # of Stories | 1 | Exterior Walls | CBS/Good | Crawl Space | None | % Finished | N/A | Fuel | Electric |
| Type ☒ Det. ☐ Att. | | Roof Surface | Barrel Tile / Avg. | Basement | None | Ceiling | | | |
| Design (Style) | One Story Ranch | Gutters & Dwnspts. | Wood/Avg | Sump Pump | | Walls | | Cooling | |
| ☒ Existing ☐ Proposed ☐ Und.Cons. | | Window Type | S. Hung / Avg. | Dampness | | Floor | | Central | X |
| Actual Age (Yrs.) | 25 Years | Storm/Screens | None | Settlement | | Outside Entry | | Other | |
| Effective Age (Yrs.) | 15 Years | | | Infestation | None Obse | | | | |

| Interior Description | | Appliances | | Attic | None | Amenities | | Car Storage | | ☐ None |
|---|---|---|---|---|---|---|---|---|---|---|
| Floors | C. Tile / Avg | Refrigerator | ☒ | Stairs | ☐ | Fireplace(s) # | None | Woodstove(s) # | Garage  # of cars ( 2  Tot.) | |
| Walls | Drywall / Avg | Range/Oven | ☒ | Drop Stair | ☐ | Patio | Open / Avg | | Attach. | |
| Trim/Finish | Wood/Avg | Disposal | ☐ | Scuttle | ☐ | Deck | | | Detach. | |
| Bath Floor | C. Tile/Avg. | Dishwasher | ☒ | Doorway | ☐ | Porch | Covered / Avg | | Blt.-In | |
| Bath Wainscot | C. Tile/Avg. | Fan/Hood | ☒ | Floor | ☐ | Fence | Rear Wood | | Carport | |
| Doors | Wood | Microwave | ☐ | Heated | ☐ | Pool | None | | Driveway | 2  Open |
| | | Washer/Dryer | ☐ | Finished | ☐ | | | | Surface | Concrete |

Finished area above grade contains: **6** Rooms **3** Bedrooms **2** Bath(s) **2,032** Square Feet of Gross Living Area Above Grade

Additional features: Wood Cabinets and Granite countertops with Stainless Steel appliances in kitchen. Ceiling fans and ceramic tile flooring throughout.

Describe the condition of the property (including physical, functional and external obsolescence): At the time of inspection, the subject property appeared to be properly maintained and in average condition. Appraiser highly recommends the homeowner contract a home inspector for an overall full inspection including roof.

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**  Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE  3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.:  RS1501002

## TRANSFER HISTORY

My research ☐ did ☒ did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.

Data Source(s):  Tax Roll /County Records / Property Owners

| 1st Prior Subject Sale/Transfer | Analysis of sale/transfer history and/or any current agreement of sale/listing: |
|---|---|
| Date:  July 19, 2005 | The subject property reflects no sale nor transfer history for the prior three years. |
| Price:  $ 322,000 (DEE) | |
| Source(s):  Tax Roll /County Records | |
| 2nd Prior Subject Sale/Transfer | |
| Date:  December 31, 2003 | |
| Price:  $ 198,000 (DEE) | |
| Source(s):  Tax Roll /County Records | |

## SALES COMPARISON APPROACH TO VALUE (if developed)

☐ The Sales Comparison Approach was not developed for this appraisal.

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | +(-) $ Adjust. | COMPARABLE SALE # 2 | +(-) $ Adjust. | COMPARABLE SALE # 3 | +(-) $ Adjust. |
|---|---|---|---|---|---|---|---|
| Address | 1075 NW 127th Path Miami, FL 33182-1831 | 1025 NW 128th Pl Miami, FL 33182 | | 1072 NW 128th Ct Miami, FL 33182 | | 12840 NW 6th Ln Miami, FL 33182 | |
| Proximity to Subject | | 0.12 miles W | | 0.10 miles W | | 0.46 miles S | |
| Sale Price | $ N/A | $ 250,054 | | $ 290,000 | | $ 285,000 | |
| Sale Price/GLA | $ /sq.ft. | $ 148.14 /sq.ft. | | $ 154.58 /sq.ft. | | $ 153.89 /sq.ft. | |
| Data Source(s) | Tax / County Rec | Tax Roll / MLS-A1986788 | | Tax Roll / MLS-A1980275 | | Tax Roll / MLS-A1971405 | |
| Verification Source(s) | Int&Ext Inspection | Ext Inspection | | Ext Inspection | | Ext Inspection | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. | DESCRIPTION | +(-) $ Adjust. |
| Sales or Financing | N/A | REO / Cash | | Conv / FHA | | Conventional | |
| Concessions | None Known | None Known | | None Known | | None Known | |
| Date of Sale/Time | N/A | 11/5/2014 | | 10/3/2014 | | 9/25/2014 | |
| Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Location | Corner | Interior | | Interior | | Interior | |
| Site | 4,200 Sq.Ft. | 4,858 Sq.Ft. | | 4,800 Sq.Ft. | | 5,000 Sq.Ft. | |
| View | Residential | Residential | | Residential | | Residential | |
| Design (Style) | One Story Ranch | One Story Ranch | | One Story Ranch | | One Story Ranch | |
| Quality of Construction | CBS/ Good | CBS/ Good | | CBS/ Good | | CBS/ Good | |
| Age | 25 Years | 19 Years | | 24 Years | | 21 Years | |
| Condition | Average | Average | | Good | -8,000 | Good | -8,000 |
| Above Grade | Total 6 Bdrms 3 Baths 2 | Total 6 Bdrms 3 Baths 2 | | Total 6 Bdrms 4 Baths 2 | | Total 6 Bdrms 3 Baths 2 | |
| Room Count | | | | | | | |
| Gross Living Area | 2,032 sq.ft. | 1,688 sq.ft. | +10,300 | 1,876 sq.ft. | +4,700 | 1,852 sq.ft. | +5,400 |
| Basement & Finished | N/A | N/A | | N/A | | N/A | |
| Rooms Below Grade | N/A | N/A | | N/A | | N/A | |
| Functional Utility | Good | Good | | Good | | Good | |
| Heating/Cooling | Central | Central | | Central | | Central | |
| Energy Efficient Items | Standard | Standard | | Standard | | Standard | |
| Garage/Carport | None | None | | None | | 1 Car Garage | -4,500 |
| Porch/Patio/Deck | Patio | Patio | | Patio | | Patio | |
| Net Adjustment (Total) | | ☒ + ☐ - $ 10,300 | | ☐ + ☒ - $ -3,300 | | ☐ + ☒ - $ -7,100 | |
| Adjusted Sale Price of Comparables | | Net 4.1 % Gross 4.1 % $ 260,354 | | Net 1.1 % Gross 4.4 % $ 286,700 | | Net 2.5 % Gross 6.3 % $ 277,900 | |

Summary of Sales Comparison Approach   The comparable sales utilized are considered good indicators of the subject's estimated market value. Comparable properties utilized are similar in design, appeal and quality of construction. Sales recited are from the subject's neighborhood and are in acceptable proximity to the subject. They are the most recent and most comparable found.  All values affecting dissimilarities were adjusted according to market reaction. Secondary market standards for net and gross adjustment percentages were met. The indicated range of values brackets the value of the subject.  Although Comparables 2 and 3 were superior in terms of condition (adjustment was warranted and made under the condition sector of report), Equal Consideration was given to all comparables in formulating an opinion of value.

Indicated Value by Sales Comparison Approach $   175,000

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

GP RESIDENTIAL

3/2007

# RESIDENTIAL APPRAISAL SUMMARY REPORT

File No.: RS1501002

**COST APPROACH TO VALUE (if developed)** [X] The Cost Approach was not developed for this appraisal.

Provide adequate information for replication of the following cost figures and calculations.

Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value):

| COST APPROACH | | OPINION OF SITE VALUE | | = $ | 31,710 |
|---|---|---|---|---|---|
| ESTIMATED [ ] REPRODUCTION OR [ ] REPLACEMENT COST NEW | | | | | |
| Source of cost data: Miami-Dade County Records | | DWELLING | Sq.Ft. @ $ | = $ | |
| Quality rating from cost service: Effective date of cost data: | | | Sq.Ft. @ $ | = $ | |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.): | | | Sq.Ft. @ $ | = $ | |
| See Additional Comments. | | | Sq.Ft. @ $ | = $ | |
| | | | Sq.Ft. @ $ | = $ | |
| | | | | = $ | |
| | | Garage/Carport | Sq.Ft. @ $ | = $ | |
| | | Total Estimate of Cost-New | | = $ | |
| | | Less Physical | Functional | External | |
| | | Depreciation | | = $( | ) |
| | | Depreciated Cost of Improvements | | = $ | |
| | | "As-is" Value of Site Improvements | | = $ | |
| | | | | = $ | |
| | | | | = $ | |
| Estimated Remaining Economic Life (if required): Years | | **INDICATED VALUE BY COST APPROACH** | | = $ | |

**INCOME APPROACH TO VALUE (if developed)** [X] The Income Approach was not developed for this appraisal.

Estimated Monthly Market Rent $ _____ X Gross Rent Multiplier _____ = $ _____ **Indicated Value by Income Approach** _____

Summary of Income Approach (including support for market rent and GRM):

**PROJECT INFORMATION FOR PUDs (if applicable)** [ ] The Subject is part of a Planned Unit Development.

Legal Name of Project:

Describe common elements and recreational facilities:

Indicated Value by: Sales Comparison Approach $ 175,000    Cost Approach (if developed) $ N/A    Income Approach (if developed) $ N/A

Final Reconciliation   Market actions of buyers and sellers are best analyzed by the Sales Comparison Approach. This approach is given all emphasis in the reconciliation. The Cost Approach is not intended for insurable value and the Income Approach was not considered for this assignment.

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a Hypothetical Condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a Hypothetical Condition that the repairs or alterations have been completed, [ ] subject to the following required inspection based on the Extraordinary Assumption that the condition or deficiency does not require alteration or repair:

[ ] This report is also subject to other Hypothetical Conditions and/or Extraordinary Assumptions as specified in the attached addenda.

**Based on the degree of inspection of the subject property, as indicated below, defined Scope of Work, Statement of Assumptions and Limiting Conditions, and Appraiser's Certifications, my (our) Opinion of the Market Value (or other specified value type), as defined herein, of the real property that is the subject of this report is: $ 175,000 , as of: January 16, 2015 , which is the effective date of this appraisal. If indicated above, this Opinion of Value is subject to Hypothetical Conditions and/or Extraordinary Assumptions included in this report. See attached addenda.**

A true and complete copy of this report contains 15 pages, including exhibits which are considered an integral part of the report. This appraisal report may not be properly understood without reference to the information contained in the complete report.

Attached Exhibits:
[X] Scope of Work [X] Limiting Cond./Certifications [ ] Narrative Addendum [ ] Photograph Addenda [X] Sketch Addendum
[X] Map Addenda [ ] Additional Sales [ ] Cost Addendum [ ] Flood Addendum [ ] Manuf. House Addendum
[ ] Hypothetical Conditions [ ] Extraordinary Assumptions

Client Contact: Nataly    Client Name: Andres Diaz & W Ivette Del Sol
E-Mail: nvalle@bankruptcyclinic.com    Address: 1075 NW 127 Path, Miami, FL 33182

APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable)

Appraiser Name: Roberto Sanchez
Company: TKJ Associates / Appraisal Services
Phone: 954-534-4548    Fax:
E-Mail: robert@tkjappraisals.com
Date of Report (Signature): 1/16/2015
License or Certification #: RD7707    State: FL
Designation: State Certified Residential Real Estate Appraiser
Expiration Date of License or Certification: 11/30/2014
Inspection of Subject: [X] Interior & Exterior [ ] Exterior Only [ ] None
Date of Inspection: January 16, 2015

Supervisory or Co-Appraiser Name:
Company:
Phone:    Fax:
E-Mail:
Date of Report (Signature):
License or Certification #:    State:
Designation:
Expiration Date of License or Certification:
Inspection of Subject: [ ] Interior & Exterior [ ] Exterior Only [ ] None
Date of Inspection:

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

**GP RESIDENTIAL**   Form GPRES2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE    3/2007

**Building Sketch**

| Borrower | | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1075 NW 127th Path | | | | | |
| City | Miami | County | Miami-Dade | State | FL | Zip Code | 33182-1831 |
| Lender/Client | | | | | | |



TOTAL Sketch by a la mode, inc.

**Area Calculations Summary**

| Living Area | | | Calculation Details |
|---|---|---|---|
| First Floor | | 2032 Sq ft | 48 × 29 = 1392 |
| | | | 9 × 12 = 108 |
| | | | 19 × 28 = 532 |
| **Total Living Area (Rounded):** | | **2032 Sq ft** | |

## Subject Photo Page

| Borrower | | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1075 NW 127th Path | | | | | | |
| City | Miami | County | Miami-Dade | State | FL | Zip Code | 33182-1831 |
| Lender/Client | | | | | | | |



**Subject Front**

1075 NW 127th Path

| | |
|---|---|
| Sales Price | N/A |
| G.L.A. | 2,032 |
| Tot. Rooms | 6 |
| Tot. Bedrms. | 3 |
| Tot. Bathrms. | 2 |
| Location | Corner |
| View | Residential |
| Site | 4,200 Sq.ft. |
| Quality | CBS/ Good |
| Age | 25 Years |



**Subject Rear**



**Subject Street**

## Subject Interior Photo Page

| | |
|---|---|
| Borrower | |
| Property Address | 1075 NW 127th Path |
| City | Miami |
| Lender/Client | |

| County | Miami-Dade | State | FL | Zip Code | 33182-1831 |
|---|---|---|---|---|---|



**Subject Interior**

1075 NW 127th Path
Sales Price        N/A
G.L.A.             2,032
Tot. Rooms         6
Tot. Bedrms.       3
Tot. Bathrms.      2
Location           Corner
View               Residential
Site               4,200 Sq.ft.
Quality            CBS/ Good
Age                25 Years



**Subject Interior**



**Subject Interior**

## Comparable Photo Page

| | |
|---|---|
| Borrower | |
| Property Address | 1075 NW 127th Path |
| City | Miami |
| County | Miami-Dade |
| State | FL |
| Zip Code | 33182-1831 |
| Lender/Client | |



### Comparable 1

1025 NW 128th Pl
| | |
|---|---|
| Proximity | 0.12 miles W |
| Sale Price | 250,054 |
| GLA | 1,688 |
| Total Rooms | 6 |
| Total Bedrms | 3 |
| Total Bathrms | 2 |
| Location | Interior |
| View | Residential |
| Site | 4,858 Sq.Ft. |
| Quality | CBS/ Good |
| Age | 19 Years |



### Comparable 2

1072 NW 128th Ct
| | |
|---|---|
| Proximity | 0.10 miles W |
| Sale Price | 290,000 |
| GLA | 1,876 |
| Total Rooms | 6 |
| Total Bedrms | 4 |
| Total Bathrms | 2 |
| Location | Interior |
| View | Residential |
| Site | 4,800 Sq.Ft. |
| Quality | CBS/ Good |
| Age | 24 Years |



### Comparable 3

12840 NW 6th Ln
| | |
|---|---|
| Proximity | 0.46 miles S |
| Sale Price | 285,000 |
| GLA | 1,852 |
| Total Rooms | 6 |
| Total Bedrms | 3 |
| Total Bathrms | 2 |
| Location | Interior |
| View | Residential |
| Site | 5,000 Sq.ft. |
| Quality | CBS/ Good |
| Age | 21 Years |

## Location Map

| Borrower | | | | | | |
|---|---|---|---|---|---|---|
| Property Address | 1075 NW 127th Path | | | | | |
| City | Miami | County | Miami-Dade | State | FL | Zip Code 33182-1831 |
| Lender/Client | | | | | | |



## FIRREA / USPAP ADDENDUM

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | | | | | | File No. | RS1501002 |
| Property Address | 1075 NW 127th Path | | | | | | |
| City | Miami | County | Miami-Dade | | State | FL | Zip Code | 33182-1831 |
| Lender/Client | | | | | | | |

**Purpose**

As requested by the Client, the Function of this Appraisal Report is for determination of market value of subject property for clients consideration for a bankruptcy proceeding.

**Scope of Work**

See Below Additional Comments.

**Intended Use / Intended User**

Intended Use:      The Intended User of this appraisal report is the client. The Intended Use is to evaluate the property that is the subject of this appraisal, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form and Definition of Market Value. No additional Intended Users are identified by the appraiser.

Intended User(s):   Andres Diaz & W Ivette Del Sol

**History of Property**

Current listing information:      The subject property is currently not listed for sale.

Prior sale:   The subject property was last transferred July 19, 2005 in the amount of $ 322,000 (DEE)

**Exposure Time / Marketing Time**

Marketing and exposure time are each estimated to be approximately 3 to 6 months.

**Personal (non-realty) Transfers**

None

**Additional Comments**

SCOPE OF WORK

The scope of work in this assignment include a personal inspection of the subject property, reviewing public record information concerning the subject and other properties in its immediate neighborhood. All sales used in comparison to the subject were personally inspected (exterior only, unless otherwise noted) by the appraiser, and were photographed by either the appraiser or someone under his direction.

The scope of work for this assignment also included developing an opinion of value for the subject using the sales comparison approach. Cost new is based on information obtained from Marshall & Swift Residential Cost Handbook, as well as from local builders.Sources used in obtaining sale information include: public records, real estate sales data published by Broward County property appraisers office, MLS data, other appraisers, local real estate sales agents, and field inspections. Market data gathered include sales and listings of properties similar to the subject.The appraiser has made a sketch of the improvements taken from the measurements of the exterior of the building. Sales of similar properties that have occurred over the past six months were researched in the subject area. Of the researched sales, the ones considered to be most similar were used in the sales comparison approach because of; proximity to the subject, size, design, and quality of construction.

The appraisal problem did not warrant an intensive highest and best use study. Given the nature of the subject real estate, my conclusion was based on logic and observed evidence. Sales comparison approaches to value have been considered in arriving at an opinion of value.  The sales comparison is given preference, based on the actions demonstrated by buyers and sellers in the market place.

All electrical, plumbing and mechanical systems are assumed to be in working order.

Our inspection of the property is limited to a cursory overview for valuation purposes only.

 DIGITAL SIGNATURE COMMENT

Roberto Sanchez employs the use of digital signatures.  These signatures are passcode protected for authenticity, and once applied to the appraisal report will prevent any alteration to the report.

**Certification Supplement**

1. This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or an approval of a loan.

2. My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result or the occurrence of a subsequent event.

| | | |
|---|---|---|
| Appraiser:   Roberto Sanchez | Supervisory Appraiser: | |
| Signed Date:   1/16/2015 | Signed Date: | |
| Certification or License #:   RD7707 | Certification or License #: | |
| Certification or License State:   FL   Expires:   11/30/2014 | Certification or License State:   Expires: | |
| Effective Date of Appraisal:   January 16, 2015 | Inspection of Subject:  ☐ Did Not  ☐ Exterior Only  ☐ Interior and Exterior | |

Robert Sanchez (954) 534-4548

| Borrower | | | | | File No. RS1501002 |
|---|---|---|---|---|---|
| Property Address 1075 NW 127th Path | | | | | |
| City Miami | | County Miami-Dade | | State FL | Zip Code 33182-1831 |
| Lender/Client | | | | | |

## APPRAISAL AND REPORT IDENTIFICATION

This Appraisal Report is  one of the following types:

- ☐ Self Contained    (A written report prepared under Standards Rule  2-2(a) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)
- ☒ Summary    (A written report prepared under Standards Rule  2-2(b) , pursuant to the Scope of Work, as disclosed elsewhere in this report.)
- ☐ Restricted Use    (A written report prepared under Standards Rule  2-2(c) , pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

## Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:
- the statements of fact contained in this report are true and correct.
- the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no (or the specified) present or prospective interest in the property that is the subject of this report and no (or the specified) personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- my engagement in this assignment was not contingent upon developing or reporting predetermined results.
- my compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- my analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice.
- I have (or have not) made a personal inspection of the property that is the subject of this report. (If more than one person signs this certification, the certification must clearly specify which individuals did and which individuals did not make a personal inspection of the appraised property.)
- no one provided significant real property appraisal assistance to the person signing this certification. (If there are exceptions, the name of each individual providing significant real property appraisal assistance must be stated.)

## Comments on Appraisal and Report Identification

Note any USPAP related issues requiring disclosure and any state mandated requirements:

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: | Signature: |
| Name: Roberto Sanchez | Name: |
| Date Signed: 1/16/2015 | Date Signed: |
| State Certification #: RD7707 | State Certification #: |
| or State License #: | or State License #: |
| State: FL | State: |
| Expiration Date of Certification or License: 11/30/2014 | Expiration Date of Certification or License: |
| | Supervisory Appraiser inspection of Subject Property: |
| Effective Date of Appraisal: January 16, 2015 | ☐ Did Not    ☐ Exterior-only from street    ☐ Interior and Exterior |

# Assumptions, Limiting Conditions & Scope of Work

File No.: RS1501002

| Property Address: | 1075 NW 127th Path | City: Miami | State: FL | Zip Code: 33182-1831 |
|---|---|---|---|---|
| Client: | Andres Diaz & W Ivette Del Sol | Address: | 1075 NW 127 Path, Miami, FL 33182 | |
| Appraiser: | Roberto Sanchez | Address: | 9932 SW 16 Street , Pembroke Pines, Fl 33025 | |

STATEMENT OF ASSUMPTIONS & LIMITING CONDITIONS

- The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis
of it being under responsible ownership.
- The appraiser may have provided a sketch in the appraisal report to show approximate dimensions of the improvements, and any such sketch
is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size. Unless otherwise indicated, a Land Survey was not performed.
- If so indicated, the appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other
data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.
- The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.
- If the cost approach is included in this appraisal, the appraiser has estimated the value of the land in the cost approach at its highest and best
use, and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction
with any other appraisal and are invalid if they are so used. Unless otherwise specifically indicated, the cost approach value is not an insurance
value, and should not be used as such.
- The appraiser has noted in the appraisal report any adverse conditions (including, but not limited to, needed repairs, depreciation, the presence
of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property, or that he or she became aware of during the
normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any
hidden or unapparent conditions of the property, or adverse environmental conditions (including, but not limited to, the presence of hazardous
wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and
makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any
such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist.  Because the
appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of
the property.
- The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she
considers to be reliable and believes them to be true and correct.  The appraiser does not assume responsibility for the accuracy of such items
that were furnished by other parties.
- The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice, and any applicable federal, state
or local laws.
- If this appraisal is indicated as subject to satisfactory completion, repairs, or alterations, the appraiser has based his or her appraisal report
and valuation conclusion on the assumption that completion of the improvements will be performed in a workmanlike manner.
- An appraiser's client is the party (or parties) who engage an appraiser in a specific assignment. Any other party acquiring this report from the
client does not become a party to the appraiser-client relationship. Any persons receiving this appraisal report because of disclosure requirements
applicable to the appraiser's client do not become intended users of this report unless specifically identified by the client at the time of the
assignment.
- The appraiser's written consent and approval must be obtained before this appraisal report can be conveyed by anyone to the public, through advertising, public relations, news, sales
or by means of any other media, or by its inclusion in a private or public database.
- An appraisal of real property is not a 'home inspection' and should not be construed as such. As part of the valuation process, the appraiser performs a non-invasive visual inventory
that is not intended to reveal defects or detrimental conditions that are not readily apparent. The presence
of such conditions or defects could adversely affect the appraiser's opinion of value. Clients with concerns about such potential negative factors
are encouraged to engage the appropriate type of expert to investigate.


The Scope of Work is the type and extent of research and analyses performed in an appraisal assignment that is required to produce credible assignment results, given the nature of the
appraisal problem, the specific requirements of the intended user(s) and the intended use of the appraisal report. Reliance upon this report, regardless of how acquired, by any party or
for any use, other than those specified in this report by
the Appraiser, is prohibited. The Opinion of Value that is the conclusion of this report is credible only within the context of the Scope of Work, Effective Date, the Date of Report, the
Intended User(s), the Intended Use, the stated Assumptions and Limiting Conditions, any Hypothetical Conditions and/or Extraordinary Assumptions, and the Type of Value, as defined
herein. The appraiser, appraisal firm, and related parties assume no obligation, liability, or accountability, and will not be responsible for any unauthorized use of this report or its
conclusions.


Additional Comments (Scope of Work, Extraordinary Assumptions, Hypothetical Conditions, etc.):

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE                                                                                          3/2007

# Certifications

File No.:  RS1501002

| Property Address: | 1075 NW 127th Path | | City: Miami | State: FL | Zip Code: 33182-1831 |
|---|---|---|---|---|---|
| Client: | Andres Diaz & W Ivette Del Sol | Address: | 1075 NW 127 Path, Miami, FL 33182 | | |
| Appraiser: | Roberto Sanchez | Address: | 9932 SW 16 Street , Pembroke Pines, Fl 33025 | | |

APPRAISER'S CERTIFICATION

I certify that, to the best of my knowledge and belief:
- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by
the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction
in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended
use of this appraisal.
- My analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in
effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion,
sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present
owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification.

Additional Certifications:
Appraiser has not previously inspected the subject property within the past three years.

DEFINITION OF MARKET VALUE *:
Market value means the most probable price which a property should bring in a competitive and open market under all conditions requisite
to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus.
Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions
whereby:
1. Buyer and seller are typically motivated;
2. Both parties are well informed or well advised and acting in what they consider their own best interests;
3. A reasonable time is allowed for exposure in the open market;
4. Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions
granted by anyone associated with the sale.
* This definition is from regulations published by federal regulatory agencies pursuant to Title XI of the Financial Institutions
Reform, Recovery, and Enforcement Act (FIRREA) of 1989 between July 5, 1990, and August 24, 1990, by the Federal Reserve System
(FRS), National Credit Union Administration (NCUA), Federal Deposit Insurance Corporation (FDIC), the Office of Thrift Supervision (OTS),
and the Office of Comptroller of the Currency (OCC). This definition is also referenced in regulations jointly published by the OCC, OTS,
FRS, and FDIC on June 7, 1994, and in the Interagency Appraisal and Evaluation Guidelines, dated October 27, 1994.

| Client Contact: | Nataly | | Client Name: | Andres Diaz & W Ivette Del Sol |
|---|---|---|---|---|
| E-Mail: | nvalle@bankruptcyclinic.com | Address: | 1075 NW 127 Path, Miami, FL 33182 | |

SIGNATURES

| APPRAISER | SUPERVISORY APPRAISER (if required) or CO-APPRAISER (if applicable) |
|---|---|
| Appraiser Name:  Roberto Sanchez | Supervisory or Co-Appraiser Name: |
| Company:  TKJ Associates / Appraisal Services | Company: |
| Phone:  954-534-4548   Fax: | Phone:   Fax: |
| E-Mail:  robert@tkjappraisals.com | E-Mail: |
| Date Report Signed:  1/16/2015 | Date Report Signed: |
| License or Certification #:  RD7707   State:  FL | License or Certification #:   State: |
| Designation:  State Certified Residential Real Estate Appraiser | Designation: |
| Expiration Date of License or Certification:  11/30/2014 | Expiration Date of License or Certification: |
| Inspection of Subject:  ☒ Interior & Exterior  ☐ Exterior Only  ☐ None | Inspection of Subject:  ☐ Interior & Exterior  ☐ Exterior Only  ☐ None |
| Date of Inspection:  January 16, 2015 | Date of Inspection: |

Copyright© 2007 by a la mode, inc. This form may be reproduced unmodified without written permission, however, a la mode, inc. must be acknowledged and credited.

GP RESIDENTIAL
Form GPRES2AD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE
3/2007

