UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re: Andres Diaz & Ivette Del Sol                 Case No: 15-12581-LMI
                                                    Chapter 13

          Debtors          /

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the Notice of Withdrawal of Motion to Value and Determine Secured Status of Lien on Real Property and Notice of Hearing [ECF #42], Motion to Value and Determine Secured Status of Lien on Real Property [ECF #43], and Notice of Hearing [ECF #44] were sent to all interested parties on March 23, 2015 as follows:

Electronically:

Nancy N. Niedich, Trustee

Via First Class Mail:

Debtors, Andres Diaz & Ivette Del Sol
1075 NW 127 Path
Miami, FL 33182-1831

JP Morgan Chase Bank
CT Corporation System, R.A.
1200 South Pine Island Road
Plantation, FL 33324

Via Certified Mail:

| | |
|---|---|
| JP Morgan Chase Bank | JP Morgan Chase Bank |
| c/o James L. Dimon, CEO | c/o James L. Dimon, CEO |
| 9200 Oakdale Avenue | 270 Park Avenue |
| Chatsworth, CA 91311 | New York, NY 10017 |

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtor
355 West 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*
 Robert Sanchez, Esq., FBN#0442161