**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re: Andres Diaz & Ivette Del Sol          Case No: 15-12581-LMI
                                              Chapter 13

Debtor(s)/

### Attorney-Represented Debtor's Verified Ex Parte Motion for Referral to MortgageModification Mediation

TheDebtorfiles this Verified Ex Parte Motion for Referral to Mortgage Modification Mediation ("Ex Parte Motion") and requests the Court enter an Order Granting Debtor's Ex Parte Motion for Referral to Mortgage Modification Mediation" ("Ex Parte Order") referring Debtor and  Select Portfolio Servicing, LLC ("Lender") to Mortgage Modification Mediation ("MMM") and states as follows:

1. Debtor is an individual who has filed forbankruptcy relief under, or converted to, chapter  13  on  February 11, 2015     .

2. Debtor requests MMM for real property ("Property") located at the following street address:  7481 NW 179th Street, Miami FL 33015-8436  ; accountnumberfor this Property is   4421 (last four digits).

    a. The Property is (check one box):

       ☐ theDebtor's primary residence

       ☒ not the Debtor's primary residence

    b. Borrowers obligated on the promissory note and mortgage on the Property are (check one box):

       ☒ Debtor only

☐ Debtor and non-filing co-obligor/co-borrower/third party

Contact information for co-obligor/co-borrower/third party:

Name:_____
Address:_____
_____
Telephone:_____
email:_____

☐ Other:

Name:_____
Address:_____
_____
Telephone:_____
email:_____

   c. If applicable, Debtor's attorney has simultaneously filed with this Motion the MMM Local Form "Third Party's Consent to Attend and Participate in Mortgage Modification Mediation" signed by each co-obligor/co-borrower/third party listed above.

3. Debtor intends to (check all boxes that apply):

☐ modify the mortgage on the Debtor's primary residence.

☒ modify the mortgage on Property that is not the Debtor's primary residence.

☐ surrender the Property to the Lender.

4. Prior to filing this motion, Debtor remitted to Debtor's attorney the required non-refundable portal submission fee in the amount of $25.00 and the required non-refundable Document Preparation Software fee in the amount of $40.00 for a total fee of $65.00.

5. Prior to filing this motion, Debtor's attorney completed Debtor's information using the court-approved on-line program that facilitates thepreparation of the Debtor's loan modification package ("Document Preparation Software") and has paid the $40.00 Document Preparation Software fee to the approved vendor. Debtor's initial loan modification forms have been generated and are ready for signature and submission. Debtor's attorney has also collected all of the required supporting documentation as required by the Document Preparation Software (such documentation and forms referred collectively to as "Debtor's Prepared Package") and is prepared to submit the supporting documentation along with the modification forms.

6. Prior to filing this motion, Debtor's attorney has determined that:

   ☒ Lender is registered with the approved Mortgage Modification Mediation Portal ("MMM Portal");

   ☐ Lender is not registered. Debtor requests the Court require Lender to register with the MMM Portal within seven days after entry of the Order.

7. Debtor requests Lender consider (check as many boxes as applicable):

   ☒ a HAMP or government sponsored loan modification

   ☒ a conventional loan modification

   ☐ a deed in lieu of foreclosure

   ☐ a state court consent *in rem* final judgment of foreclosure

   ☐ surrenderoptions

☐ other: _____

8. **IF DEBTOR IS REQUESTING NON-RETENTION (SURRENDER) OPTIONS:**

    a. Debtor will submit all additional documents required for surrender as provided for on the MMM Portal.

    b. Debtor represents that the property has been listed for sale.

9. Prior to filing this motion, Debtor remitted the required mediator's fee in the amount of $300.00 to Debtor's attorney, unless the Debtor is seeking pro bono mediation under paragraph 11. Debtor understands and acknowledges that after the mediator is designated, the mediator's fee is not refundable for any reason at any time.

10. Within seven days after filing the MMM Local Form "Debtor's Notice of Selection of Mortgage Modification Mediator (or "Notice of Clerk's Designation of Mortgage Modification Mediator") or the Lender's registration on the MMM Portal, whichever occurs later, Debtor's attorney shall upload and submit through the MMM Portal, Debtor's Prepared Package, together with any additional forms or documents which Lender may post on the MMM Portal, and pay a non-refundable MMM Portal submission fee in the amount of $25.00. In addition, the Debtor's attorney will upload the Order to the MMM Portal as part of the submission of Debtor's documentation.

11. Debtor's attorney:

    ☒ will forward the mediator's fee directly to the mediator within seven days after designation of the mediator; **OR**

☐ represents that the Debtor requests he/she be considered as a candidate for pro bono mediation because theDebtor's undersigned attorney is representing the Debtor pro bono, or Debtor's income is less than 150% above the poverty level (see attached calculation).

12. Debtor consents to Lender communicating directly with Debtor's attorney for any and all aspects of the mortgage modification mediation program.

**WHEREFORE,** Debtor requests that the Ex Parte Motion be granted and for such other and further relief as this Court deems proper.

## DEBTOR'S VERIFICATION

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury the foregoing is true and correct on  March 23, 2015.

                                             /s/ Robert Sanchez, Esq.
                                             Attorney for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Debtor's Ex Parte Motion for Referral to Mortgage Modification Mediation was served by U.S, first class Mail, upon the parties listed below on  March 23, 2015      .

                                      Respectfully Submitted:
                                      **ROBERT SANCHEZ, P.A.**
                                      Attorney for Debtor
                                      355 West 49th Street
                                      Hialeah, FL 33012
                                      Tel. 305-687-8008

                                      By:*/s/ Robert Sanchez*
                                         Robert Sanchez, Esq., FBN#0442161

Copies to:

Lender

| | |
|---|---|
| Select Portfolio Servicing, Inc. | Select Portfolio Servicing, Inc. |
| Timothy J. O'Brien, CEO | Corporation Service Company, R.A. |
| 3815 S. West Temple | 1201 Hays Street |
| Salt Lake City, UT 84115-4412 | Tallahassee, FL 32301 |
| | |
| Bank of New York Mellon, Inc. | Bank of New York Mellon, Inc. |
| c/o Gerald Hassell, CEO | CT Corporation System, R.A. |
| 1 Wall Street | 1200 S. Island Road |
| New York, NY 10286 | Plantation, Florida 33324 |

MMM-LF-01 (rev. 08/01/14)