RE: _Andres Diaz & Ivette Del Sol_     ☐ **PRO SE**     Case # _15-12581 LMI_

### TRUSTEE'S NOTICE OF DEFICIENCY FOR CONFIRMATION AND RECOMMENDATION

The Trustee reviewed this case for confirmation and found the following deficiencies from the Trustee's letter requesting documents and prior deficiencies and thus objects as follows:

| | |
|---|---|
| Corp 2012 2013 2014 | ☐ LF67  ☐ LF10 |
| **X** Bank Account Statements  months pre-petition | ___ Domestic Support Info: name address and phone |
| #0782 (2/11) | |
| | ☐ 2016(B)  ☐ 401K/Retirement Stmts  ☐ Life Ins. Policy |
| | ☐ 100%  ☐ lawsuit  ☐ lease |
| ___ Check copy | ☐ gambling  ☐ HAMP |
| | ___ Plan does not fund |
| ___ Explain W/D | ___ Calculation errors/improper months |
| Vehicles | **X** Valuation motion   ☒ not resolved 5/5   DE #33 3/27 30 |
| ___ FMV and Payoff: Real Estate | ___ Reaffirm, redeem or surrender Sch D & G creditor |
| | ___ Creditor on plan not listed in Schedules or no filed POC |
| | ___ Priority debt on Sch E not in plan |
| **X** ___ or motion to waive 5/5 | ___ Object or Conform to Proof of Claim |
| **BUSINESS DEBTOR DOCUMENTS** | ___ Miami-Dade County   ___ Tax Certificate(DE#___) |
| | ___ Dept of Revenue   ___ IRS |

| | |
|---|---|
| ___ Fee application (see court guideline 6) | **X** Objection to Exemption (specifics to be filed) |
| ___ Income understated ____ stubs ____ taxes | To be heard with confirmation at 1:30 pm |
| ___ co-debtor ____ stubs ____ taxes | ___ Ch 7 s/b _____ plus tax refund / valuations |
| ___ Spouse's pay advices/spouse's wages not disclosed | ___ Good faith to unsecured |
| ___ Proof of household size (government ID w/ address) and income of all adults | **X** Expenses: documentation/calculation: CMI line |
| ___ Best effort < 36 months < 60 months | CMI line 16 overstated: med $21.27 SS $90.93 1/12 of 2014 taxes is $69.08 total is $181.28 Doesn't change amount to unsecured |
| ___ Expenses objectionable: Sch J ☐ Provide Proof | |
| ___ D/I  > 100%  < 90%  Feasibility | ☐ Plus income/expenses issues ☐ Trustee est. $____ |
| ___ Info on transfer  SOFA #3 #10 undisclosed | ___ Undervalued collateral should be crammed down (mmm) |
| ___ Tolling Agreement(s) | |

Other: _Preference payment to AMEX 12/3 $1000.00, received 1998 Toyota reg, vehicle not listed on Sch's - Explain_

The debtor may still be dismissed for failure to fund the plan if they are delinquent in payments. Please note: documents that were not timely filed/received by the trustee (15 days before confirmation hearing) may not be considered or reviewed until the next hearing date.  5pm refers to the end of business on the hearing date.

**_IMPORTANT NOTICE: IF THE DEBTOR(S) OBJECTS TO THE TRUSTEE'S RECOMMENDATION STATED BELOW, THE DEBTOR'S ATTORNEY MUST CONTACT THE TRUSTEE'S OFFICE AND SPEAK TO AN ATTORNEY BEFORE 2PM THE DAY PRIOR TO THE HEARING OR THE RECOMMENDATION WILL BE DEEMED UNCONTESTED BY THE DEBTOR._**
_The debtor or debtor's attorney must appear at the confirmation hearing_
***The Trustee's recommendation for the confirmation hearing on **April 7, 2015**  is as follows:
Continue to 5/5
**15-12581**
For 5/5 calendar, the following docs must be received by 5PM on  4/17 to avoid dismissal: a) bank stmt #0782 (2/11), b) preference payment to AMEX 12/3 $1000.00, need information, c) received 98 Toyota reg, vehicle not listed on Sch's-Explain

I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.

Submitted by,
NANCY K. NEIDICH, ESQ, STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806, MIRAMAR, FL 33027, (954) 443-4402