UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:

ANDRES DIAZ                                          CASE NO.: 15-BK-12581-LMI
aka ANDRES DIAZ CESPEDES
aka ANDRES DIAZCESPEDES              CHAPTER: 13
aka ANDRES DIAZ-CESPEDES
 and
IVETTE DEL SOL


       Debtors.
_____/


## OBJECTION TO FIRST AMENDED CHAPTER 13 PLAN

JPMorgan Chase Bank, N.A, ("Creditor"), by and through the undersigned counsel, objects to the First Amended Chapter 13 Plan ("Plan") [DE #19] and states as follows:

1. Creditor holds a lien on the following property: 1075 NW 127th Path, Miami, FL 33182
2. Creditor intends to file a timely Proof of Claim. Creditor estimates a secured amount of approximately $59,848.84.
3. Creditor objects to the proposed Plan treatment.
4. The Plan proposes to avoid Creditor's lien on the Property.
5. On March 23, 2015, Debtor filed a Motion to Value and Determine Secured Status of Lien (DE#43).
6. Creditor requests the opportunity to conduct an independent appraisal.
7. Creditor reserves the right to amend this Objection.

WHEREFORE, Creditor respectfully requests that this Honorable Court sustain the objection and deny confirmation of the Plan.

Scott Lewis, Esq.
Albertelli Law
Attorney for Secured Creditor
PO Box 23028
Tampa, FL 33623
Telephone: (813) 221-4743 ext. 2603
Facsimile: (813) 221-9171
[bkfl@albertellilaw.com](mailto:bkfl@albertellilaw.com)

By: /s/Scott Lewis, Esq.
Scott Lewis, Esq.
Florida Bar No.:  87058

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 30th Day of March, 2015, I served a copy of the foregoing upon:

## SERVICE LIST

Andres Diaz
1075 NW 127th Path
Miami, FL 33182-1831

Ivette Del Sol
1075 NW 127th Path
Miami, FL 33182-1831

Robert Sanchez, Esq.
355 W. 49th St.
Hialeah, FL 33012

Nancy K. Neidich
P.O. Box 279806
Miramar, FL 33027

Office of the US Trustee
51 SW 1st Ave., Suite 1204
Miami, FL 33130

        Scott Lewis Esq.
        Albertelli Law
        Attorney for Secured Creditor
        PO Box 23028
        Tampa, FL 33623
        Telephone: (813) 221-4743 ext. 2603
        Facsimile: (813) 221-9171
        bkfl@albertellilaw.com

        By: /s/Scott Lewis, Esq.
        Scott Lewis, Esq.
        Florida Bar No.:  87058