UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                  Case No. 15-12581-LMI
                                                        Chapter 13
ANDRES DIAZ
IVETTE DEL SOL,

        Debtor(s).
_____/

BANK OF AMERICA AS SERVICER FOR THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATE-HOLDERS
CWALT, INC. ALTERNATIVE LOAN TRUST 2005-45 MORTGAGE PASS-THROUGH
CERTIFICATES, SERIES 2005-45'S
MOTION TO VACATE
ORDER GRANTING MORTGAGE MODIFICATION MEDIATION

        **COMES NOW,** Bank of America as Servicer for the Bank of New York Mellon FKA the Bank of New York as Trustee for the Certificate-Holders CWALT, Inc. Alternative Loan Trust 2005-45 Mortgage Pass-Through Certificates, Series 2005-45 ("Secured Creditor"), by and through its undersigned counsel, as and for its Motion to Vacate Order Granting Mortgage Modification Mediation and in support states as follows:

        1.    On March 20, 2015, Debtors filed a Motion for Referral to Mortgage Modification Mediation [d.e. #35].

        2.    On March 24, 2015, the Court entered a Mortgage Modification Mediation Order [d.e. #49].

        3.    The Mortgage Modification Order requires Mediation to be completed within 150 days of the entry of the Order.

        4.    Secured Creditor is registered on the MMM Portal, and to date, the Debtors have not opened the loan in the Portal or submitted a loan modification package as required.

        5.    Secured Creditor has incurred attorneys' fees in the amount of $400.00 in filing this Motion to Vacate Mediation Order.

**WHEREFORE**, Secured Creditor respectfully requests that this Court vacate the Mortgage Modification Mediation Order, that Debtors be required to pay Secured Creditor's attorneys' fees and costs incurred in filing this Motion, and for such further relief as the Court may deem just and proper.

Respectfully Submitted:

/s/ Brandi R. Lesesne
Brandi R. Lesesne
FBN: FL 65477
Aldridge | Connors LLP
Attorney for Secured Creditor
Fifteen Piedmont Center
3575 Piedmont Road, N.E.
Suite 500
Atlanta, GA 30305
Phone: (404) 994-7629
Fax: (888) 873-6147

**CERTIFICATE OF SERVICE**

     **I HEREBY CERTIFY** that a true and correct copy of the foregoing Motion to Vacate Order Granting Mortgage Modification Mediation was served electronically or via U.S. Mail, first-class postage prepaid, to:

Andres Diaz
1075 NW 127th Path
Miami, FL 33182

Ivette Del Sol
1075 NW 127th Path
Miami, FL 33182

Robert Sanchez, Esq
355 West 49th Street
Hialeah, FL 33012

Nancy K. Neidich
P.O. Box 279806
Miramar, FL 33027


Dated: April 30, 2015

                                                /s/ Brandi R. Lesesne
                                                Brandi R. Lesesne
                                                FBN: FL 65477
                                                Aldridge | Connors LLP
                                                Attorney for Secured Creditor
                                                Fifteen Piedmont Center
                                                3575 Piedmont Road, N.E.
                                                Suite 500
                                                Atlanta, GA 30305
                                                Phone: (404) 994-7629
                                                Fax: (888) 873-6147