**UNITED STATES BANKRUPTCY COURT**
**Southern District of Florida (Miami)**

| | |
|---|---|
| IN RE: | Case No.: 15-12581 |
| Debtors: Andres Diaz and Ivette Del Sol | Loan Number (Last 4): 1002 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| The Bank of New York Mellon, f/k/a, the Bank of New York as Trustee, on behalf of the registered holders of Alternative Loan Trust 2004-45, Mortgage Pass-Through Certificates, Series 2005-45 | BANK OF AMERICA, N.A. |
| Serviced by Select Portfolio Servicing, Inc. | |
| Name of Transferee | Name of Transferor |
| 3815 South West Temple | Court Claim # (if known): 6 |
| Salt Lake City, UT 84115 | Amount of Claim: $290,736.33 |
| | Date Claim Filed: 04/29/2015 |
| Phone: 800-258-8602 | Last Four Digits of Acct #: 1496 |
| Last Four Digits of Acct #: 1002 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450
Salt Lake City, UT 84165

Phone: 800-258-8602
Last Four Digits of Acct #: 1002

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

| | | |
|---|---|---|
| By: | /s/ MaryAnn Bride | Date: 08/01/2015 |
| | Banruptcy Manager | |
| | (Approved by: Gina Hiatt) | |

Specific Contact Information:
P: 800-258-8602

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

466271-4c4e9775-e222-4a8a-b4a0-29da74773247