UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: § § § **CASE NO. 15-12581-LMI** ANDRES DIAZ § aka Andres Diaz Cespedes § aka Andres Diazcespedes § aka Andres Diaz-Cespedes IVETTE DEL SOL     DEBTOR | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Bayview Loan Servicing, LLC as servicing agent for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-OA21)**
Name of Transferee

**Select Portfolio Servicing, Inc. as servicing agent for Bank of New York Mellon, f/k/a The Bank of New York, as trustee, on behalf of the holders of the Alternative Loan Trust 2006-OA21, Mortgage Pass Through Certificates Series 2006-OA21**
Name of Transferor

Name and Address where notices to transferee should be sent:

    **Bayview Loan Servicing, LLC**
    **4425 Ponce De Leon Blvd. 5th Floor**
    **Coral  Gables, Florida 33146**

Phone: (855-657-7531)
Last Four Digits of Acct #: **xxxxxx9120**

Court Claim # (if known): 4-1
Amount of Claim: $243,777.17
Date Claim Filed: 04/13/2015

Phone: 800-258-8602
Last Four Digits of Acct.#: 4421

Name and Address where transferee payments should be sent (if different from above):

    Bayview Loan Servicing, LLC
    4425 Ponce De Leon Blvd. 5th Floor
    Coral  Gables, Florida 33146

Phone: (855-657-7531)
Last Four Digits of Acct #: **xxxxxx9120**

\*BAYVIEW PROVIDES A DEDICATED TEAM AND TOLL-FREE NUMBER (855-657-7531) TO BETTER ASSIST CHAPTER 13 TRUSTEES WITH ANY QUESTIONS OR TO CONTACT BAYVIEW.

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ John J. Rafferty                                    Date:            12/20/2016
    Transferee/Transferee's Agent

    Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before December 21, 2016 via electronic notice unless otherwise stated:

**Debtor**     *Via U.S. Mail*
Andres Diaz
1075 NW 127 Path
Miami, FL 33182-1831

**Co-Debtor**     *Via U.S. Mail*
Ivette Del Sol
1075 NW 127 Path
Miami, FL 33182-1831

**Debtors' Attorney**
Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

**Chapter 13 Trustee**
Nancy K. Neidich
www.ch13herkert.com
POB 279806
Miramar, FL 33027

**U.S. Trustee**
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

Respectfully Submitted,

/s/ John J. Rafferty
John J. Rafferty