UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐ _____ Original Plan

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

■ Seventh _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Andres Diaz    JOINT DEBTOR: Ivette Del Sol    CASE NO.: 15-12581-LMI

SS#: xxx-xx-7955    SS#: xxx-xx-7798

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ■ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $2,068.07 for months 1 to 42;
2. $297.53 for months 43 to 60;

**B. DEBTOR(S)' ATTORNEY'S FEE:** ☐ NONE   ☐ PRO BONO

| Total Fees: | $11675.00 | Total Paid: | $2325.00 | Balance Due: | $9350.00 |
|---|---|---|---|---|---|
| Payable | $222.62 | /month (Months 1 to 42) | | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3500 Attorneys Fees + $150 Cost + $2500 (MMM) + $2500 (MMM) +$500 (motion to value) + $500 (motion to value) + $500 (motion to value) + $500 (motion to modify) + $500 (motion to modify) + $525 (motion to modify 5MP; charged outside plan) = 11,675

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Select Portfolio Servicing / The Bank of New York Mellon [Claim #6]

   Address: PO Box 65450
   Salt Lake City, UT 84165

   Arrearage/ Payoff on Petition Date: _____

   MMM PPP Permanent Payment    $1,383.09    /month (Months 1 to 42)

   Last 4 Digits of Account No.: 1002

   Other: _____

LF-31 (rev. 10/3/17)

■ Real Property    Check one below for Real Property:
   ■ Principal Residence    ■ Escrow is included in the regular payments
   ☐ Other Real Property    ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:
1075 NW 127th Path, Miami FL 33182-1831

☐ Personal Property/Vehicle
Description of Collateral:

---

**2. Creditor:** Bayview Loan Servicing, LLC as servicing agent for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-OA21) f/k/a Select Portfolio Servicing, Inc. [Claim#4]

Address: 4425 Ponce De Leon Blvd. 5th Floor Coral Gables, Florida 33146

Arrearage/ Payoff on Petition Date: _____
MMM TPP Temporary Payment: $192.38 /month (Months 1 to 42)

Last 4 Digits of Account No.: 9120
Other: f/k/a #4421

■ Real Property    Check one below for Real Property:
   ☐ Principal Residence    ☐ Escrow is included in the regular payments
   ■ Other Real Property    ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:
7481 NW 179 Street, Miami, FL 33015

☐ Personal Property/Vehicle
Description of Collateral:

---

**3. Creditor:** Tuscan Lake Villas Homeowners Association

Address: 18400 NW 75 Place #114 Miami, FL 33015

Arrearage/ Payoff on Petition Date: _____
Regular Payment (Maintain): $124.44 /month (Months 1 to 42)
Regular Payment (Maintain): $128.00 /month (Months 43 to 60)

Last 4 Digits of Account No.: NONE
Other:

■ Real Property    Check one below for Real Property:
   ☐ Principal Residence    ☐ Escrow is included in the regular payments
   ■ Other Real Property    ☐ The debtor(s) will pay    ☐ taxes    ☐ insurance directly

Address of Collateral:
7481 NW 179 Street, Miami, FL 33015

☐ Personal Property/Vehicle
Description of Collateral:

---

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**1. REAL PROPERTY:** ☐ NONE

| # | Creditor | Collateral / Lien | Payment |
|---|---|---|---|
| 1 | Creditor: JPMorgan Chase Bank<br>Address: POB 659754, San Antonio, TX 78265<br>Last 4 Digits of Account No.: 3432<br>Real Property<br>■ Principal Residence<br>☐ Other Real Property<br>Address of Collateral: 1075 NW 127 Path, Miami, FL 33182 | Value of Collateral: $175,000.00<br>Amount of Creditor's Lien: $63,000.00<br>Interest Rate: 0.00%<br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay ☐ taxes ☐ insurance directly | **Payment**<br>Total paid in plan: $0.00<br>$0.00 /month (Months ___ to ___) |
| 2 | Creditor: JPMorgan Chase Bank, N.A. / c/o Five Lakes Agency, Inc. [Claim#2]<br>Address: 201 N. Walnut Street, Wilmington, DE 19801<br>Last 4 Digits of Account No.: 6292<br>Real Property<br>☐ Principal Residence<br>■ Other Real Property<br>Address of Collateral: 7481 NW 179 Street, Miami, FL 33015 | Value of Collateral: $175,000.00<br>Amount of Creditor's Lien: $11,529.87<br>Interest Rate: 0.00%<br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay ☐ taxes ☐ insurance directly | **Payment**<br>Total paid in plan: $0.00<br>$0.00 /month (Months ___ to ___) |
| 3 | Creditor: Tuscan Lake Villas Homeowners Association<br>Address: 18400 NW 75 Place #114, Miami, FL 33015<br>Last 4 Digits of Account No.: NONE<br>Real Property<br>☐ Principal Residence<br>■ Other Real Property<br>Address of Collateral: 7481 NW 179 Street, Miami, FL 33015 | Value of Collateral: $175,000.00<br>Amount of Creditor's Lien: $19,652.93<br>Interest Rate: 0.00%<br>Check one below:<br>☐ Escrow is included in the monthly mortgage payment listed in this section<br>☐ The debtor(s) will pay ☐ taxes ☐ insurance directly | **Payment**<br>Total paid in plan: $0.00<br>$0.00 /month (Months ___ to ___) |

2. **VEHICLES(S):** ■ NONE

3. **PERSONAL PROPERTY:** ■ NONE

C. **LIEN AVOIDANCE** ■ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

■ The debtor(s) elect to surrender to each creditor listed below the collateral that secures the creditor's claim. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors.

☐ Other: _____

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Bayview Loan Servicing, LLC as servicing agent for THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE (CWALT 2006-OA21)[Claim#4] | 4421 | 7481 NW 179 Street, Miami, FL 33015 |
| 2. | JPMorgan Chase Bank, N.A. / c/o Five Lakes Agency, Inc. [Claim#2] | 6292 | 7481 NW 179 Street, Miami, FL 33015 |

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Tropical Financial Credit Union | 1996 | 2013 Mercedes-Benz C250 |
| 2. | Select Portfolio Servicing / The Bank of New York Mellon [Claim #6] | 1002 | 1075 NW 127 Path, Miami, FL 33182 |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

  A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

  B. **INTERNAL REVENUE SERVICE:** ☒ NONE

  C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

  D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

  A. Pay $75.01 /month (Months 1 to 42 )

     Pay $139.77 /month (Months 43 to 60 )

     Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. **SEPARATELY CLASSIFIED:** ☒ NONE

  *Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

  ☒ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

  ☒ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE

  ☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

  The debtor has filed a Verified Motion for Referral to MMM with Select Portfolio Servicing / Bank of New York Mellon

[Claim#6; trial agreement reached] ("Lender"), loan number 1002, for real property designated as Homestead located at 1075 NW 127 Path, Miami, FL 33182. The Debtors wish to pay this property direct and outside the bankruptcy plan since a final modification was granted and approved.

The joint debtor has filed a Verified Motion for Referral to MMM with Select Portfolio Servicing / Bank of New York Mellon [Claim#4; agreement not reached] ("Lender"), loan number 4421 (now 9120), for real property designated as Non-Homestead located at 7481 NW 179 st Hialeah, FL 33015. Debtors are surrendering said property per Section III(D)(1) and are attempting to do a short sale or a modification outside bankruptcy since an agreement was not reached at mediation.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| Andres Diaz | August 20, 2018 | Ivette Del Sol | August 20, 2018 |

/s/ Robert Sanchez, Esq.    August 20, 2018
Attorney with permission to sign on Debtor(s)' behalf    Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**